UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
COLIN H. BENTHAM

        -V-

LOCAL 670
-------------------------------------------------X

ORDER
CV10-601 (JBW)

Based on the recommendation of the Magistrate Judge dated June 21, 2010, and the failure of plaintiff to prosecute, the case is dismissed.

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 8/4/10

